## PAULINE GRAVEL *v.* SCOTT ANDREWS
### (AC 29299)

McLachlan, Robinson and Stoughton, Js.

Argued October 30—officially released December 9, 2008

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* MELVIN HOOKS
### (AC 29286)

Harper, Beach and Pellegrino, Js.

Argued November 18—officially released December 9, 2008

Per Curiam. The judgment is affirmed.

## ANDRE RHODES *v.* COMMISSIONER OF CORRECTION
### (AC 27782)

DiPentima, Lavine and Beach, Js.

Argued November 14—officially released December 9, 2008

Per Curiam. The appeal is dismissed.